IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02285-WYD-MJW

AMY OTTO,

    Plaintiff,

v.

ACCOUNT CONTROL TECHNOLOGY, INC., a California corporation,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

    Dated: October 29, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge